# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ETHAN WENTWORTH AND RUSTY HERR, | : | No. 45 MM 2024 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF STATE, SHERIFF OF | : | |
| YORK COUNTY, WARDEN OF YORK | : | |
| COUNTY PRISON, SHERIFF OF | : | |
| LANCASTER COUNTY, AND WARDEN OF | : | |
| LANCASTER COUNTY PRISON, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 3rd day of June, 2024, the "Application for Leave to File Original Process . . . and for a Petition for Writ of Habeas Corpus . . . and for Extraordinary Relief" and the "Application & Motion for Emergency Relief" are GRANTED, insofar as these submissions seek leave to file in this Court's original jurisdiction.

In all other respects, the "Application for Leave to File Original Process . . . and for a Petition for Writ of Habeas Corpus . . . and for Extraordinary Relief" and the "Application & Motion for Emergency Relief" are DENIED.